```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ADELBERTO SULIT              :    CIVIL ACTION
                             :
          v.                 :
                             :
FEDERAL RESERVE BANK         :
    OF PHILADELPHIA          :    NO. 08-2081
```

ORDER

AND NOW, this 28th day of August, 2009, upon consideration of the defendant's motion for summary judgment (Docket No. 18), the plaintiff's opposition and the defendant's reply thereto, and following oral argument on the motion held August 25, 2009, IT IS HEREBY ORDERED that the defendant's motion is GRANTED. Judgment is hereby ENTERED for the defendant and against the plaintiff. The Clerk of Court shall mark this case as CLOSED.

```
                         BY THE COURT:


                         /s/Mary A. McLaughlin
                         MARY A. McLAUGHLIN, J.
```